AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
CLERK

March 17, 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:26-cr-00034-NJC-2 |
| Qiuju Wu | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

EXHIBIT

1

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/17/2026

X Qiuju Wu
*Defendant's signature*

*Signature of defendant's attorney*

Qiuju Wu
*Printed name of defendant's attorney*

Nusrat J. Choudhury
*Judge's signature*

Nusrat J. Choudhury U.S.D.J.
*Judge's printed name and title*