

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AT/EWS
F. #2025R00296

*610 Federal Plaza*
*Central Islip, New York 11722*

May 29, 2026

<u>By ECF and Email</u>

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    United States v. Qiuju Wu
> <u>Criminal Docket No. 26-34 (NJC)</u>

Dear Judge Choudhury:

The government respectfully submits this letter in response to the letter requesting that the defendant's plea agreement be unsealed. ECF No. 33. The government does not object to this request.

The "public's right to access court proceedings and court records is protected under the both the First Amendment and the common law." <u>United States v. Arevalo-Chavez</u>, No. 22-CR-429 (JMA)(AYS), 2025 WL 1952438, at *11 (E.D.N.Y. July 16, 2025). "Once a First Amendment right of access is found to apply to a particular document, the document may only be sealed if the Court finds that 'closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" <u>Id.</u> (quoting <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 120 (2d Cir. 2006)). Because, given the specific facts and circumstances of this case, that is not the case here, the government does not object to the request to unseal the defendant's plea agreement.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____/s/_____
Adam R. Toporovsky
Assistant U.S. Attorney
(631) 715-7846