

# THE KASEN AND LIU LAW FIRM, PLLC
## ATTORNEYS AT LAW

| | |
|---|---|
| LAWRENCE M. KASEN, Member*(retired) | *     Admitted in NY and SC |
| FANG LIU, Member** | **    Admitted in NY and NJ |
| LOUIS HENRY KLEIN (Partner) *** | ***   Admitted in NY and CT |
| ALEKSANDER B. MILCH (Partner)**** | ****   Admitted in NY |
| ROBERT J. ADINOLFI (Managing Partner) **** | *****   Admitted in MO |
| CHIA-LING LEE***** | |
| JIAYE LIU**** | |
| KAI-HSUAN AI**** | |

June 15, 2026

Honorable Nusrat J. Choudhury:
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> **Re:**    ***United States v. Qiuju Wu***
> ***Criminal Docket No. 26-34 (NJC)***

Dear Judge Choudhury,

Defense counsel respectfully submits the attached sentencing memorandum on behalf of Ms. Qiuju Wu.

Counsel apologizes for the untimely submission. Due to counsel's oversight, the memorandum was not filed by the June 10, 2026 deadline. Counsel respectfully requests that the Court accept the attached submission *nunc pro tunc*.

The Government has been provided with a copy of the submission and will not be prejudiced by the brief delay

Thank you for the Court's consideration.

Very truly yours,

Louis H. Klein, Esq.
(LK 8008)

Enc.

cc:

Adam R. Toporovsky, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
adam.toporovsky@usdoj.gov