# Exhibit A

# Character Letters Submitted on Behalf of Qiuju Wu

## 证明

### Certification / Statement

I, Xu, Yifei, am a renovation worker, and I am married to Wu, Qiu Ju.

We have been married for over thirty years, and she has never committed any crime.

She is a very kind woman—optimistic, cheerful, helpful to others, enjoys making friends, and values loyalty.

She tends to trust strangers easily, is very devoted to her family, and likes making handicrafts.

Of course, sometimes she can seem a bit naïve and is often deceived or taken advantage of by others.

I often criticize her, and she always accepts it.

Wu, Qiu Ju is a hardworking, outgoing, and gentle person. She is also the one I love most—my lifelong wife.

---

Certifier:

Xu, Yifei

718-957-2722

ID: 707073578

1974.1.21
January 21, 1974



证明.

本人徐一飞.是一名装修工人.和是秋菊的丈夫。我们结婚三十的年了.她从没有犯过什么罪。她是一个非常善良的女人、乐观、开朗、乐于助人、爱交朋友.讲义气容易相信陌生人、也很顾家、喜欢做一些手工艺品.当然有时也显得有点笨、也时常让别人期编和陷害.我也常批评她她也坦然接受。吴秋菊是一个奶奶、外婆、母亲 也是我的爱人、会检妻子。

证明人：
徐一飞.
ID: 707 073 578.
1974. 1. 21.

718957 2722

**Certification / Statement**

I am Wang, Rongxing, and I have known Wu, Qiuju for many years.

She is a smart, cheerful, and kind person, and has never done anything illegal or criminal.

Moreover, she is willing to help others and is easy to get along with.

She runs a furniture store in China and has earned praise and trust from many customers.

People who know her all say she has a happy family.

Her children love and respect her very much.

In short, in my understanding, she is a good person.

Certifier: Wang, Rongxing (Signature)

ID: 944 680 791
DOB: 06/15/1967
Phone: 646-508-6482

Date: May 10, 2026

证 明

　　我是王荣兴认识吴秋菊多年了。她是一个聪明开郎、善良的女人，从没有做过违规犯法的事。而且她乐于助人、也很好相处。在国内经营一个家具店，赢得好多客户的好怀碑。和认可，她也有一个幸福的家庭。膝下儿孙绕膝。很受别人尊重。总之在我认知中她是一个好女人。

证明人：王荣兴

ID：944 680 791

DOB：06/15/1967

Phone：6465086482

10/05/2026

**Certificate / Statement**

I, Chen, Xing Guo, a renovation worker. I have been a good friend of Wu, Qiuju for many years. She has never committed any crime. She is a very kind woman — optimistic, cheerful, helpful, loyal to her friends, and sociable. She is trusting of strangers and very devoted to her family. She enjoys making handicrafts. Of course, at times she may seem a little naïve, and she has often been deceived or taken advantage of by others. I also frequently criticized her, and she would calmly accept it. Wu, Qiuju is a grandmother, a mother, and also my good friend.

Witness / Certifier: Chen, Xing Guo (Signature)

Telephone: 229-989-2888



证明

本人陈发国，是一名装修工人，和吴秋南是多年的朋友，她从未犯过什么罪，她是个非常善良的女人，乐观、开朗、乐于助人，爱交朋友，讲义气，帮助相信陌生人，也很顾家，喜欢做一些手工艺品，当然有时也显得有点笨，如果换证别人，瓶嘴和陷害，我也经常批评她，她也会坦然接受，吴秋南是一个妈妈，外婆、母亲，也是我的好朋友。

证明人：陈发国。

初：671 096 096
229 P89 2808

## Certificate / Statement

I, Yao, Zheng, have been good friends with Wu, Qiuju and her husband Xu, Yifei. Both of them are very good people, especially Sister Wu, Qiuju. She is very warm-hearted, kind, and cheerful. She also enjoys helping others and is very loyal to her friends. She has never argued with others, nor has she ever deceived anyone, and she has never done anything illegal.

It is precisely because of her kindness and willingness to help others that some ill-intentioned people took advantage of her and deceived and framed her. Even in this situation, she still used her modest strength and love to continue helping others. She simply trusted the world too much and did not realize there were so many bad people.

Wu, Qiuju truly is a kind person, a loving grandmother, and a good wife and mother who wholeheartedly cares for her entire family and children.

Certifier / Witness: Yao, Zheng, March 28, 1971
ID: 958787708

证 明.

本人姚征 和吴秋菊及丈夫徐一飞是好朋友.
他们夫妻都是非常好的人,尤其是吴秋菊大姐。她为人
非常热心善良又开朗.而且她爱乐于助人还很讲义气
她 从不会与人争吵,更不会欺骗任何人,也没有做过
违反法律的事情。

都是 因为她的心地善良、乐于助人的好品质。就让
一些不怀好意的不法分子给利用甚至 欺骗和陷害。
就这样她 还是用自己那微博的力量和爱心去无私
地帮助别人,她就是太信世上没有那么多的 坏人。

吴秋菊真的是 个善良的好人。慈爱的奶奶,贤惠温柔
全心全意顾家的合格妻子好母亲。

证明人：姚征7. 03.28.71
ID: 958 787 708