# Exhibit B

## Selected Medical Records

Wu, qiuju (DOB: ___ 1969 ID: ___ ) Date of Service: 06/15/2025 Printed on: 05/23/2026                    Printed on: 05/23/2026

## Days NP in Family Health P.C

**Mo, Shengjie, NP**

142-10 Roosevelt Ave. Suite P10
Flushing NY 11354
Tel: 929-362-2082
Fax: 929-362-2083

**NAME:** Wu, qiuju **GENDER:** Female **DOB:** ___1969 **AGE AS OF 06/15/2025:** 55y
**ADDRESS:** ___ FLUSHING NY 11355 **TEL:** ___
**DATE OF SERVICE:** 06/15/2025 **Time:** 09:32:00 AM
**Insurance Name:** UNITED HEALTHCARE COMMUNITY PLAN **Insured:** Wu, qiuju **InsuredID:** ___
**GroupNumber:** NYEPP

### Chief Complaint
**Source of History:** Patient **Reliability:** Good **Alert & Oriented** X 3 (person,place,time)
**Reason for Visit:**
    Annual physical exam
    Vitamin D deficiency
    Chronic Care Management service

### History of Present Illness:
This pt is a 55 year old Female who comes to the clinic today in order to present for a scheduled annual physical examination. Pt currently has no ongoing symptoms. There are no additional specific complaints at this time. Pt denies having any allergic reactions, medication side effects, or other adverse physical effects from the currently prescribed medical regimen. The pt does not exercise frequently but denies exertional dyspnea with daily activities.

Pt is evaluated today for her recurring Vitamin D deficiency, for which Vitamin D supplements and counseling are provided for the continuing treatment and management of the deficiency. Pt does not spend much time outdoors on a regular basis and does not ordinarily engage in outdoor activities. Further review of the current documentation does not indicate any significant changes in the pt's medical, surgical, family, or social history in regards to this condition.

The pt has a personal history of Hyperlipidemia and Hyperthyroidism and receives Chronic Care Management service today.
- Pt's past medical history of Hyperlipidemia and Hyperthyroidism are reviewed and discussed with the pt.
- Current symptoms related to the chronic conditions are re-evaluated and pt is questioned regarding any progression or changes.
- The list of medications prescribed for treating and managing these chronic conditions are reviewed with the pt.
- Additional interventions and medications are discussed with the pt, exploring further treatment options based on the specific circumstances of disease progression and most likely candidates given the pt's personal care profile.
- Personalized counseling is given to the pt regarding continued management of the chronic conditions.

Performed a Visual Acuity Screening on the pt.

### Past Medical History:
(1) No Significant Past Medical History

### Surgical History:
(1) No Significant Surgical History

### Family History:
No Significant Family History

### Allergy:
**Medication**
    No Known Medication Allergy
**Food**
    No known Food Allergy
**Environmental**
    No known Environmental Allergy

### Social History:
(1) No Significant Social History
    Never smoker.

### Vital Signs:
**Date:** 06/15/2025 02:31 PM, **BP:** 110/76 (mmHg), **BMI:** 24.74, **HR:** 86 (/min), **P:** 86 (min), **RR:** 22 (/min), **Temp:** 97.4 (F), **WT:** 126 (lbs/oz), **HT:** 4'11.8" (ft/inches), **LMP:** 04/20/2025, **Pain Level:** 0 ( Pain/10 10=worst), **SPO2:** 97 (%)

Wu, qiuju (DOB: ▮/1969 ID: ▮▮▮▮) Date of Service: 06/15/2025 Printed on: 05/23/2026                    Printed on: 05/23/2026

**Diagnosis Code:**
   (**1**) Encounter for general adult medical exam w abnorma (Z00.01)
   (**2**) Vitamin D deficiency, unspecified (E55.9)
   (**3**) Other hyperlipidemia (E78.49)

**Procedure Code:**
   (**1**) PREV VISIT EST AGE 40-64 (9939625)
   (**2**) CHRNC CARE MGMT PHYS 1ST 30 (99491)
   (**3**) VISUAL ACUITY SCREEN (9917359)
   (**4**) OFFICE/OUTPATIENT VISIT, EST, 15 MIN (9921325)

**Prescription:**
   (**1**) **Vitamin D (Ergocalciferol) 50000 UNIT Oral Capsule SIG:** 1 Tablet Per Mouth Once a Week 90 day(s) **Disp:** 13 Tablet **Refill:** 0 **Sent**

**Vaccine:**
  **Group: DTaP/DT/Td/Tdap**
    (1) 07/12/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C
    Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis
    Date: 07/12/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
    (2) 06/14/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C
    Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis
    Date: 06/14/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
  **Group: Influenza**
    (1) 08/17/2024 Influenza, split virus, trivalent, preservative 141 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: P100710081 Manufacturer: Seqirus (Active) Exp Date: 06/30/2025 Vis Date: 08/17/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
  **Group: Other**
    (1) 06/18/2024 TST-PPD intradermal 96 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 2CA50C1 Manufacturer: Sanofi Pasteur Exp Date: 05/01/2026 Vis Date: 06/18/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 01

**Physical Exam General:**
  **General**: Good
  **Vision**: Without glasses, Far R: 20/25, Far L: 20/25
  **Hearing**: R: Good, L: Good
  **Risk Evaluation**: Alcohol Use,Contraception,Diabetic Foot Care,Domestic Violence,Drug Abuse,Exercise,Hormone Replacement Therapy,Mental Health,Motor Vehicle/Bike Safety,Nutrition,Oral Hygiene,Self Breast Exam,STDs/HIV Prevent,Sun Exposure,Tobacco Use,Weight Loss

**Physical Exam Detail:**
  **Nose/Sinus:**
   *Light nasal discharge, minor nasal congestion.*
  **Head/Scalp/Face:**
   NC/AT skull. No tenderness, palpable mass. Even hair distribution.
  **Eyes:**
   Normal pink conjunctiva; white sclera. PERR, EOM intact. No jaundice or exudates.
  **Ears:**
   Normal hearing. External canal is intact, no discharge. TM intact, no bulging, fluid or blood collection noted.
  **Mouth/Oropharynx:**
   No oropharyngeal exudates or ulcers. No oral or gum erythema, swelling, or bleeding.
  **Heart:**
   S1S2 heard. Regular rhythm. No murmurs, thrills, or clicks.
  **Neck:**
   Full AROM WNL. No tenderness, JVD, or palpable lymph nodes, masses, or goiter. No bruits auscultated.
  **Chest/Lung:**
   Symmetrical expansion with respiration. No intercostal retractions, or tenderness. Breath sounds CTA bilaterally. No rales/wheezes/rhonchi auscultated.
  **Muscular:**
   Normal tone. Full AROM. No obvious muscular atrophy or hypertrophy. No jerking.
  **Abdomen:**
   Soft, non-tender, non-distended. No palpable masses. No hepatomegaly/splenomegaly. No inguinal hernia or lymph nodes.
  **Extremities:**
   No deformities, clubbing, cyanosis, or edema noted. Bilateral pedal pulses present. No visible joint swelling/erythema. Normal ROM.
  **Neurological:**
   A & O x 3. No focal deficits. Cranial nerves II-XII grossly intact and symmetrical. No gait disturbance. No tremors.
  **Mental Status:**
   Dress is neat and clean. No memory loss.

Attending Provider: Mo, Shengjie, NP, Covering Provider: Mo, Shengjie, NP
Electronically signed by Mo, Shengjie, NP at 6/15/2025 4:54:05 PM
Printed on 2026/05/23

Wu, qiuju (DOB: ▮▮▮1969 ID: ▮▮▮▮▮▮ Date of Service: 05/18/2025 Printed on: 05/23/2026                    Printed on: 05/23/2026

# Days NP in Family Health P.C

**Mo, Shengjie, NP**

142-10 Roosevelt Ave. Suite P10
Flushing NY 11354
Tel: 929-362-2082
Fax: 929-362-2083

**NAME:** Wu, qiuju **GENDER:** Female **DOB:** ▮▮▮1969 **AGE AS OF 05/18/2025:** 55y
**ADDRESS:** ▮▮▮▮▮▮ FLUSHING NY 11355 **TEL:** ▮▮▮▮▮
**DATE OF SERVICE:** 05/18/2025 **Time:** 10:00:00 AM
**Insurance Name:** UNITED HEALTHCARE COMMUNITY PLAN **Insured:** Wu, qiuju **InsuredID:** ▮▮▮▮
**GroupNumber:** NYEPP

## Chief Complaint
**Source of History:** Patient **Reliability:** Good **Alert & Oriented** X 3 (person,place,time)
**Reason for Visit:**
   Persistent fatigue with low HgB
   Scattered red rash on the face
   Preventative medicine counseling
## History of Present Illness:
This pt is a 55 year old Female who has an appearance of exhaustion, with a pale face which is readily distinct. Pt gives an impression of chronic weakness. No petechiae. Pt's blood test results have indicated abnormally low levels of HgB, and pt reports sometimes feeling completely exhausted.

Pt is also complaining of having recently developed symptoms of a moderately itchy rash on the face over the course of the past 3 days. The rash is observed to be overall red, scattered and maculopapular, but not scaly. Pt has tried using a store brand skin lotion without significant effect. Pt denies having had any bruising or insect bites or having any unusual environmental exposure.

The pt has a personal history of Vitamin D deficiency due to poor diet and lack of exercise. Pt is questioned and evaluated regarding dietary habits and considerations, and given extensive preventative medicine counseling on the numerous harmful effects of Vitamin D deficiency, and the benefits of a healthy diet and regular physical exercise.

## Past Medical History:
   (1) No Significant Past Medical History

## Surgical History:
   (1) No Significant Surgical History

## Family History:
   No Significant Family History

## Allergy:
   **Medication**
      No Known Medication Allergy
   **Food**
      No known Food Allergy
   **Environmental**
      No known Environmental Allergy

## Social History:
   (1) No Significant Social History
   Never smoker.

## Vital Signs:
   **Date:** 05/18/2025 10:03 AM, **BP:** 108/72 (mmHg), **BMI:** 24.54, **HR:** 107 (/min), **P:** 107 (min), **RR:** 22 (/min), **Temp:** 97.3 (F), **WT:** 125 (lbs/oz), **HT:** 4'11.8" (ft/inches), **LMP:** 04/20/2025, **Pain Level:** 0 ( Pain/10 10=worst), **SPO2:** 97 (%)

## Diagnosis Code:
   (1) Other specified anemias (D64.89)
   (2) Unspecified contact dermatitis, unspecified cause (L25.9)
   (3) Dietary counseling and surveillance (Z71.3)

## Procedure Code:
   (1) OFFICE/OUTPATIENT VISIT, EST, 25 MIN (9921425)
   (2) PREV MED CNSL INDIV APPRX 15 (99401)

## Prescription:
   (1) **Aspirin EC Adult Low Strength 81 MG Oral Tablet Delayed Release SIG:** 1 Tablet Per Mouth Once Daily 30

day(s) **Disp:** 100 Tablet **Sent**
**(2) Clobetasol Propionate 0.05 % External Cream SIG:** 1 application topically to affected area 2 times per day for 10 days **Disp:** 60 Milligram **Sent**
**(3) Ferrex 150 150 MG Oral Capsule SIG:** 1 capsule orally daily **Disp:** 30 Capsule **Sent**
**(4) Folic Acid 1 MG Oral Tablet SIG:** 1 po qd **Disp:** 30 Tablet **Sent**
**(5) Vitamin B12 100 MCG Oral Tablet SIG:** 100mcg po qd **Disp:** 30 Tablet **Sent**

### Vaccine:
#### Group: DTaP/DT/Td/Tdap
(1) 07/12/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis Date: 07/12/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
(2) 06/14/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis Date: 06/14/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
#### Group: Influenza
(1) 08/17/2024 Influenza, split virus, trivalent, preservative 141 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: P100710081 Manufacturer: Seqirus (Active) Exp Date: 06/30/2025 Vis Date: 08/17/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
#### Group: Other
(1) 06/18/2024 TST-PPD intradermal 96 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 2CA50C1 Manufacturer: Sanofi Pasteur Exp Date: 05/01/2026 Vis Date: 06/18/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 01

### Physical Exam Detail:
#### Skin/Membrane:
*Scattered erythematous maculopapular generally red rash on the face, no crusts, not scaly, not oozing. Lips pale.*
#### Head/Scalp/Face:
NC/AT skull. No tenderness, palpable mass. Even hair distribution.
#### Eyes:
Normal pink conjunctiva; white sclera. PERR, EOM intact. No jaundice or exudates.
#### Nose/Sinus:
Symmetrical patent nares. No nasal flaring/grunting/or discharge.
#### Mouth/Oropharynx:
No oropharyngeal exudates or ulcers. No oral or gum erythema, swelling, or bleeding.
#### Muscular:
Normal tone. Full AROM. No obvious muscular atrophy or hypertrophy. No jerking.
#### Extremities:
No deformities, clubbing, cyanosis, or edema noted. Bilateral pedal pulses present. No visible joint swelling/erythema. Normal ROM.
#### Mental Status:
Dress is neat and clean. No memory loss.

Attending Provider: Mo, Shengjie, NP, Covering Provider: Han, Zheng, PA
Electronically signed by Mo, Shengjie, NP at 5/18/2025 11:12:18 PM
Printed on 2026/05/23

Wu, qiuju (DOB: ██████ 969 ID: ██████ ) Date of Service: 05/15/2025 Printed on: 05/23/2026                    Printed on: 05/23/2026

# Days NP in Family Health P.C

**Mo, Shengjie, NP**

142-10 Roosevelt Ave. Suite P10
Flushing NY 11354
Tel: 929-362-2082
Fax: 929-362-2083

**NAME:** Wu, qiuju **GENDER:** Female **DOB:** ████ /1969 ████████ █ █ ████████
████████ ████████████ ████████████████████ █ █
**DATE OF SERVICE:** 05/15/2025 **Time:** 02:12:00 PM
**Insurance Name:** UNITED HEALTHCARE COMMUNITY PLAN **Insured:** Wu, qiuju **InsuredID:** ████████
**GroupNumber:** NYEPP

## Chief Complaint
**Source of History:** Patient **Reliability:** Good **Alert & Oriented** X 3 (person,place,time)
**Reason for Visit:**
   polyuria and polydipsia.
   Blurred eyes and could not see clearly recently.
## History of Present Illness:
   This patient is a 55 years old, female. had polyuria and polydipsia for 2wks, had urination more than 4 times during daytime and drinking lot of fluids. blood and urine tests done and both indicated high glucose pt was called back for abnormal test result. no fever, no abd pain.
   - Hemoglobin A1C 6.0 H

   Pt is with H/O myopia with corrective glasses, Pt had blurred eyes and Pt has been squinting more while reading things that are far away. No headache. No dizziness, No mental status change. No vomiting. No eye pain and no pink eye.

## Past Medical History:
   **(1)** No Significant Past Medical History

## Surgical History:
   **(1)** No Significant Surgical History

## Family History:
   No Significant Family History

## Allergy:
   **Medication**
      No Known Medication Allergy
   **Food**
      No known Food Allergy
   **Environmental**
      No known Environmental Allergy

## Social History:
   **(1)** No Significant Social History
   Never smoker.

## Diagnosis Code:
   **(1)** Unspecified visual disturbance (H53.9)
   **(2)** Prediabetes (R73.03)

## Procedure Code:
   **(1)** OFFICE/OUTPATIENT VISIT, EST (9921395)
   **(2)** CHRNC CARE MGMT STAFF 1ST 20 (99490)

## Vaccine:
   **Group: DTaP/DT/Td/Tdap**
      (1) 07/12/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C
      Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis
      Date: 07/12/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
      (2) 06/14/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C
      Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis
      Date: 06/14/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
   **Group: Influenza**
      (1) 08/17/2024 Influenza, split virus, trivalent, preservative 141 Age: 54y VFC: V02  Provider: Mo,
      Shengjie Location: Days NP in Family Health P.C Lot#: P100710081 Manufacturer: Seqirus (Active) Exp
      Date: 06/30/2025 Vis Date: 08/17/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
   **Group: Other**
      (1) 06/18/2024 TST-PPD intradermal 96 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family

Health P.C Lot#: 2CA50C1 Manufacturer: Sanofi Pasteur Exp Date: 05/01/2026 Vis
Date: 06/18/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 01

### Physical Exam Detail:

**Eyes:**
*Blurred eyes and could not see clearly recently.*

**Heart:**
S1S2 heard. Regular rhythm. No murmurs, thrills, or clicks.

**Chest/Lung:**
Symmetrical expansion with respiration. No intercostal retractions, or tenderness. Breath sounds CTA bilaterally. No rales/wheezes/rhonchi ausultated.

**Abdomen:**
Soft, non-tender, non-distended. No palpable masses. No hepatomegaly/splenomegaly. No inguinal hernia or lymph nodes.

**Extremities:**
No deformities, clubbing, cyanosis, or edema noted. Bilateral pedal pulses present. No visible joint swelling/erythema. Normal ROM.

Attending Provider: Mo, Shengjie, NP, Covering Provider: Mo, Shengjie, NP

Electronically signed by Mo, Shengjie, NP at 5/15/2025 8:42:52 PM

Printed on 2026/05/23

Wu, qiuju (DOB: ▮▮▮▮  ID: ▮▮▮▮ ) Date of Service: 05/11/2025 Printed on: 05/23/2026                      Printed on: 05/23/2026

# Days NP in Family Health P.C

**Mo, Shengjie, NP**

142-10 Roosevelt Ave. Suite P10
Flushing NY 11354
Tel: 929-362-2082
Fax: 929-362-2083

**NAME:** Wu, qiuju **GENDER:** Female **DOB** ▮▮▮▮/1969 **AGE AS OF** ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
**DATE OF SERVICE:** 05/11/2025 **Time:** 01:06:00 PM
**Insurance Name:** UNITED HEALTHCARE COMMUNITY PLAN **Insured:** Wu, qiuju **InsuredID:** ▮▮▮▮▮▮
**GroupNumber:** NYEPP

## Chief Complaint
Source of History: Patient **Reliability:** Good **Alert & Oriented** X 3 (person,place,time)
**Reason for Visit:**
  Hyperlipidemia
  Polyuria and polydipsia
  Vitamin D deficiency
  Follow-up for positive PPD test and positive TB-GOLD test
**History of Present Illness:**
  This pt is a 55 year old Female with an extensive personal history of uncontrolled hyperlipidemia who receives a re-evaluation and medication review for continued ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and effective treatment to stabilize the chronic condition. Pt's blood test produced abnormal results:

  - Total Cholesterol = 149
  - HDL = 48
  - LDL = 65
  - VLDL = 36 H
  - Triglycerides = 178 H

  Pt reports eating barely any fruits and vegetables, and more meats and fried foods recently. Pt is consequently given a comprehensive hyperlipidemia evaluation, extensive diet counseling, and prescription drug management. Further review of systems does not show significant changes in the pt's past medical/surgical, family, and social history with regards to this condition.

  The pt is also complaining of having recently developed symptoms of polyuria and polydipsia over the course of the past approximately 1 week with urination more than 8 times during the day and drinking much more than usual. Diagnostic tests indicated high blood glucose and the pt was called back for abnormal test results. These symptoms are indicative of an acute exacerbation of pt's uncontrolled impaired fasting glucose manifesting as persistent polyuria and polydipsia, and reveal the need for more thorough pt adherence to the prescribed medical regimen. Pt receives a comprehensive prediabetes re-evaluation, extensive counseling, and prescription drug management in order to stabilize this chronic condition.

  Pt is requesting an evaluation today regarding a recurring Vitamin D deficiency, for which Vitamin D supplements are prescribed and counseling is provided for the continuing treatment and management of the condition. Pt does not spend much time outdoors on a regular basis and does not frequently engage in outdoor activities, and is advised on methods to compensate for this. Further review of the current documentation does not indicate significant changes in the pt's medical, surgical, family, or social history in regards to this condition.

  The pt additionally received an evaluation today regarding a positive PPD test result and a positive TB-GOLD test result. The pt is given a regimen of INH prophylaxis. Discussed with the pt to improve understanding of the need for INH prophylaxis and the importance of good compliance for 9 months during the course of prophylaxis. Also explained to the pt regarding the possible hepatic side effects of taking the INH medication.

  Collected urine sample from the pt for laboratory analysis for a standard yearly assessment.

  Performed a venipuncture on this pt to submit blood sample for comprehensive laboratory analysis as a standardized component of annual routine health screening and management.

## Past Medical History:
  (1) No Significant Past Medical History

## Surgical History:
  (1) No Significant Surgical History

## Family History:
  No Significant Family History

## Allergy:
  **Medication**
    No Known Medication Allergy

**Food**
   No known Food Allergy
**Environmental**
   No known Environmental Allergy

**Social History:**
  (1) No Significant Social History
   Never smoker.

**Vital Signs:**
  **Date:** 05/11/2025 03:24 PM, **BP:** 128/84 (mmHg), **BMI:** 24.54, **HR:** 78 (/min), **P:** 78 (min), **RR:** 18 (/min), **Temp:** 97.5 (F), **WT:** 125 (lbs/oz), **HT:** 4'11.8" (ft/inches), **LMP:** 02/01/2023, **Pain Level:** 0 ( Pain/10 10=worst), **SPO2:** 98 (%)

**Diagnosis Code:**
  (1) Other hyperlipidemia (E78.49)
  (2) Prediabetes (R73.03)
  (3) Vitamin D deficiency, unspecified (E55.9)
  (4) Contact with and (suspected) exposure to tuberculo (Z20.1)

**Procedure Code:**
  (1) OFFICE/OUTPATIENT VISIT, EST, 25 MIN (9921425)
  (2) ROUTINE VENIPUNCTURE (36415)

**Prescription:**
  (1) **Isoniazid 300 MG Oral Tablet SIG:** take one tablet orally daily **Disp:** 30 Tablet **Sent**
  (2) **Vitamin B-6 100 MG Oral Tablet SIG:** 100 mg po qd **Disp:** 30 Tablet **Sent**
  (3) **Vitamin D (Ergocalciferol) 50000 UNIT Oral Capsule SIG:** 1 Tablet Per Mouth Once a Week 90 day(s) **Disp:** 13 Tablet **Sent**

**Vaccine:**
  **Group: DTaP/DT/Td/Tdap**
    (1) 07/12/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis Date: 07/12/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
    (2) 06/14/2024 Tdap 115 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 7CZ47 Manufacturer: GlaxoSmithKline (Active) Exp Date: 01/16/2026 Vis Date: 06/14/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
  **Group: Influenza**
    (1) 08/17/2024 Influenza, split virus, trivalent, preservative 141 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: P100710081 Manufacturer: Seqirus (Active) Exp Date: 06/30/2025 Vis Date: 08/17/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 00
  **Group: Other**
    (1) 06/18/2024 TST-PPD intradermal 96 Age: 54y VFC: V02  Provider: Mo, Shengjie Location: Days NP in Family Health P.C Lot#: 2CA50C1 Manufacturer: Sanofi Pasteur Exp Date: 05/01/2026 Vis Date: 06/18/2024 Dose: 1 Site: LA  Funding Source:  Infor Source: 01

**Physical Exam Detail:**
  **Head/Scalp/Face:**
   NC/AT skull. No tenderness, palpable mass. Even hair distribution.
  **Eyes:**
   Normal pink conjunctiva; white sclera. PERR, EOM intact. No jaundice or exudates.
  **Nose/Sinus:**
   Symmetrical patent nares. No nasal flaring/grunting/or discharge.
  **Mouth/Oropharynx:**
   No oropharyngeal exudates or ulcers. No oral or gum erythema, swelling, or bleeding.
  **Muscular:**
   Normal tone. Full AROM. No obvious muscular atrophy or hypertrophy. No jerking.
  **Extremities:**
   No deformities, clubbing, cyanosis, or edema noted. Bilateral pedal pulses present. No visible joint swelling/erythema. Normal ROM.
  **Neurological:**
   A & O x 3. No focal deficits. Cranial nerves II-XII grossly intact and symmetrical. No gait disturbance. No tremors.
  **Mental Status:**
   Dress is neat and clean. No memory loss.

Attending Provider: Mo, Shengjie, NP, Covering Provider: Han, Zheng, PA
Electronically signed by Mo, Shengjie, NP at 5/11/2025 8:50:13 PM
Printed on 2026/05/23
