

# THE KASEN AND LIU LAW FIRM, PLLC
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| LAWRENCE M. KASEN, Member*(retired) | * | Admitted in NY and SC |
| FANG LIU, Member** | ** | Admitted in NY and NJ |
| LOUIS HENRY KLEIN (Partner) *** | *** | Admitted in NY and CT |
| ALEKSANDER B. MILCH (Partner)**** | **** | Admitted in NY |
| ROBERT J. ADINOLFI (Managing Partner) **** | ***** | Admitted in MO |
| JIAYE LIU**** | | |
| KAI-HSUAN AI**** | | |

July 20, 2026

***VIA ECF***

Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:    *United States v. Qiuju Wu***
> **Case No. *2:26-cr-00034-NJC***

Dear Judge Choudhury:

I represent defendant Qiuju Wu in the above-captioned matter. I write in response to the Court's July 17, 2026 Order directing the parties to advise whether they intend to submit a Notice of Intent to Request Judicial Removal and an accompanying Plea Statement in Support of Judicial Removal before sentencing.

The defense respectfully requests additional time to consult with Ms. Wu regarding the significant immigration consequences of a potential Judicial Removal Order and to ensure that any decision she makes is knowing and informed. Accordingly, the defense requests a brief extension of time to respond to the Court's July 17 Order and an associated adjournment of the sentencing presently scheduled for July 22, 2026.

The Government has advised that it takes no position regarding whether sentencing should be adjourned and remains available to proceed on July 22, 2026. The Government has further advised that it does not object to the defense's request for additional time and an associated adjournment.

Accordingly, the defense requests that the deadline to advise the Court regarding a potential Judicial Removal Order be extended until August 4, 2026, and that sentencing be adjourned to a date thereafter convenient for the Court.

Very truly yours,

Louis H. Klein